```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 13574
   CLIFTON M COBB
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-5781


------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 10/23/2006 and was confirmed 01/18/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 08/23/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS   CURRENT MORTG          .00           .00            .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE       203.75           .00         203.75
CITIFINANCIAL            SECURED VEHIC      3564.00         46.16        2132.91
AMERICAN GENERAL FINANCE UNSEC W/INTER      3815.13           .00            .00
ARROW FINANCIAL SERVICES UNSEC W/INTER      2537.45           .00            .00
GC SERVICES              UNSEC W/INTER NOT FILED              .00            .00
TOYOTA MOTOR CREDIT CO   UNSEC W/INTER      9922.59           .00            .00
PORTFOLIO RECOVERY ASSOC UNSEC W/INTER      2684.16           .00            .00
WORLD FINANCIAL NETWORK  UNSEC W/INTER       736.27           .00            .00
ERNESTO D BORGES JR      DEBTOR ATTY       2,000.00                     2,000.00
TOM VAUGHN               TRUSTEE                                          269.16
DEBTOR REFUND            REFUND                                              .00

           Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE               4,651.98

PRIORITY                                              .00
SECURED                                          2,336.66
    INTEREST                                        46.16
UNSECURED                                             .00
ADMINISTRATIVE                                   2,000.00
TRUSTEE COMPENSATION                               269.16
DEBTOR REFUND                                         .00
                    ---------------      ---------------
TOTALS                 4,651.98                  4,651.98



               PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 13574 CLIFTON M COBB
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                            /s/ Tom Vaughn

Dated: 12/05/07                  _____
                                            TOM VAUGHN
                                            CHAPTER 13 TRUSTEE